**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-6533**

—————————

LEO RITES,

                                       Plaintiff - Appellant,

      versus

COMMISSIONER OF CORRECTIONS; JAMES PEGUESE,
Warden, Maryland House of Corrections;
COMMISSIONER SONDERVAN; MAJOR LINEBURG, former
Maryland House of Corrections Shift Commander;
HANK MUSK, Psychologist; JOHN SWIVEL, Case
Management Specialist; SERGEANT ROBINSON,
Maryland House of Corrections B Building
Supervisor,

                                    Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-
2596-AMD)

—————————

Submitted: July 16, 2004          Decided: August 2, 2004

—————————

Before SHEDD and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Leo Rites, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leo Rites seeks to appeal the district court's order directing an answer to Rites' complaint, among other things. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Rites seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>